STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

NO. 06-1274


VIRGIE MAE BERTRAND TRAHAN,
INDIVIDUALLY AND AS ADMINISTRATRIX
OF THE SUCCESSION OF OLIVIA BELLARD
BERTRAND

VERSUS

ALFRED LOUIS BERTRAND, SR.

**********
APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON DAVIS, NO. C-477-05
HONORABLE CHARLES QUIENALTY, DISTRICT JUDGE, AD HOC

**********


GLENN B. GREMILLION
JUDGE

**********

Court composed of Glenn B. Gremillion, Michael G. Sullivan, and James T. Genovese, Judges.

WRIT DENIED.

James B. Doyle
P. O. Box 5241
Lake Charles, LA 70606-5241
(337) 474-9989
Counsel for Plaintiff/Respondent:
    Virgie Mae Bertrand Trahan
    Succession of Olivia Bellard Bertrand

**Michael E. Roach**
**P. O. Box 1747**
**Lake Charles, LA 70602**
**(337) 436-2900**
**Counsel for Plaintiff/Respondent:**
**Virgie Mae Bertrand Trahan**
**Succession of Olivia BellardBertrand**

**Tim Cassidy**
**Cassidy & Gunnell**
**P.O. Box 1446**
**Jennings, LA 70546**
**(337) 824-7322**
**Counsel for Defendant/Applicant:**
**Alfred Louis Bertrand, Sr.**

GREMILLION, Judge.

For the reasons discussed in *Trahan v. Bertrand*, 06-1271 (La.App. 3 Cir. _/_/_), __ So.2d __, the writ application seeking supervisory review of the trial court's judgment granting in part and denying in part Alfred Louis Bertrand, Sr.'s peremptory exception of no right of action and denying a peremptory exception of prescription is denied.

**WRIT DENIED.**

1